**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1338-22

DEHART ASSOCIATES LLC,
and WCGP,

      Plaintiffs-Appellants,

v.

TOWN OF MORRISTOWN,
MARGOT KAYE, in her official
capacity as Town Clerk of Morristown,
FRITZ REUSS, in his official capacity
as Construction Code Official of
Morristown, PLANNING BOARD OF
THE TOWN OF MORRISTOWN,
TOPOLOGY NJ LLC, and PHIL
ABRAMSON,

      Defendants-Respondents.

_____

Submitted November 7, 2024 – Decided November 13, 2024

Before Judges Mawla, Natali, and Vinci.

On appeal from the Superior Court of New Jesey, Law
Division, Morris County, Docket No. L-0675-21.

Schenck, Price, Smith & King, LLP, attorneys for appellants (Ryder T. Ulon, Thomas J. Cotton, and Marla B. Rincon, on the briefs).

Inglesino Taylor, attorneys for respondents Morristown, Margot Kaye, Fritz Reuss, and Planning Board of the Town of Morristown (Denis F. Driscoll and Graham K. Staton, of counsel and on the brief).

Wilson, Elser, Moskowitz, Edelman & Dicker LLP, attorneys for respondents Topology NJ, LLC and Phil Abramson (Gregg Kahn, of counsel and on the brief).

PER CURIAM

The parties to the appeal have settled the issues between them. In accordance with the stipulation they have filed, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-1338-22